No. 11-6100. Zdravko Kotzev, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.

565 U.S. 954, 132 S. Ct. 427, 181 L. Ed. 2d 278, 2011 U.S. LEXIS 7379.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-6105. Bobbie Jean Sinko, Petitioner v. United States.

565 U.S. 954, 132 S. Ct. 427, 181 L. Ed. 2d 278, 2011 U.S. LEXIS 7277.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 425 Fed. Appx. 442.

No. 11-6106. Curtis W. King, Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections.

565 U.S. 954, 132 S. Ct. 428, 181 L. Ed. 2d 278, 2011 U.S. LEXIS 7337.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 433 Fed. Appx. 146.

No. 11-6112. Fernando Cuellar-Montejo and Enrique Cuellar-Montejo, Petitioners v. United States.

565 U.S. 954, 132 S. Ct. 428, 181 L. Ed. 2d 278, 2011 U.S. LEXIS 7286.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

No. 11-6113. Jose Manuel Donelson, Petitioner v. United States.

565 U.S. 954, 132 S. Ct. 428, 181 L. Ed. 2d 278, 2011 U.S. LEXIS 7381.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 438 Fed. Appx. 577.

No. 11-6120. Steven Lee Bartholomew, Petitioner v. Ronald Van Boening, Superintendent, McNeil Island Corrections Center.

565 U.S. 954, 132 S. Ct. 428, 181 L. Ed. 2d 278, 2011 U.S. LEXIS 7148.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 420 Fed. Appx. 782.

No. 11-6122. Calvin William, Petitioner v. United States.

565 U.S. 954, 132 S. Ct. 428, 181 L. Ed. 2d 278, 2011 U.S. LEXIS 7173.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 11-6125. Kaseen Dobson, Petitioner v. United States.

565 U.S. 954, 132 S. Ct. 428, 181 L. Ed. 2d 278, 2011 U.S. LEXIS 7150.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 433 Fed. Appx. 99.